FILED
2005 Jan-27 PM 12:31
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit

# "D"

23

To whom it may concern,                    (4/7/97)

My name is Jennifer Walker and I am
writing this letter with concerns to my well
being. I have been in DHR's custody since March
of 1996 because I accused my father of sexually
abusing me. At the time of this I didn't want
to stay at home because I felt that I was
being treated unfairly since I never got my
way at the house. I wanted out of the
house so bad that I was willing to do any-
thing so I lied to do so. I thought that
once I was out of my parents custody
that I would be allowed to have more
freedom. Things have not went the way I
thought they would or the way I was
told they would, and now I have realized
that I was wrong for what I had done to
my family. I am also tired of being put
on medications because doctors + counselors
think it will help and being sent to so
many places every two or three months,
especially if I don't need to be there. I had
spoke with Ms. Holiday and Ms. Hilyer in
January and I had told them I had
lied and why. Everyone keeps telling me
that the things that have happened since
I've been in DHR's custody have happened

00094

because they feel that it is for the best
for me and my interest, but then again
no one will listen to what I need to say.
No one will even try to understand
that I want to go home and that I miss
watching my brothers growing up and my
sister, and especially my mother + father
But since everyone doesn't care about
how I'm feeling and won't give me a
chance to talk, it's not just tearing me
apart but also my family. I didn't
realize at the time I had accused my
father for sexually abusing me, what I
was really getting myself into and that
I was really hurting myself by hurting
my family. I am deeply sorry for what
I have done. I just hope this whole thing
will be over soon. I just want to go home
that's all! Please try to understand.

Sincerly,
Jennifer Walker

APR 1997
FILED IN
OFFICE OF
CT. CLERK
CHILTON CO.

APR 1997
FILED IN
OFFICE OF
CT. CLERK
CHILTON CO.