# Exhibit

# "E"

00110

Mark                                                   5/15/97   10:05 pm

Hey baby! How are things hanging? Things are hanging pretty damn bad here. I've just given up on everything. Ever since I left Clanton nothing has went right. I'm just so damn lonely here without you by my side. It's really hard for me to except the fact you are actually locked-up. It's even more hard for me to write this letter without having to stop because it hurts and then I start to cry. I got your letter today around 4:30 and when I saw that you actually wrote me back I started to cry, then it was hard to breathe and I all of a sudden got very weak and sick to my stomach. Then I started to read the letter and I cried even more. And about your first letter, my dad apparently has already read it, but I never knew you wrote because my parents said you didn't. Now I hate them so much I really wish they were dead! And I don't want you to get into anymore trouble so don't worry about my dad. If I want him hurt (or dead) then I'll do it myself. I am so tired of that damn asshole ruining my life. If it wasn't for him interfering with our love life I would still be together.

   Baby, I miss you so damn motherfucking bad that it hurts my heart like someone's trying to rip my heart out of me. Baby, I just don't really want

to live anymore. And I don't think its very funny that your dad is not laughing anymore. But if he's the only one you killed then how come they are still charging you with all 4 murders? And how come michael and that other asshole can get out on bond when they were part of it too? How come you don't feel bad about it? I mean I wasn't even part of it but I feel really bad knowing that I may lose you for good. It hurt bad enough for me losing you for the first time, and I don't think I'd be able to live if it were to happen all over again. I just couldn't handle the pain of losing my first true love. This all may sound really stupid to you since its been a whole year, but I'm dead motherfucking serious about all the shit I'm feeling inside + telling you.

   I never told you this but when I left Clanton I was pregnant with your son. I never told you because I was afraid something like this would happen & that maybe you would leave me and never love me again. That is mainly why they thought I was sneaking out at night with you. I wanted to have your baby so bad, but when I tried calling you my calls were never excepted and I went crazy causing myself to have a miscarriage. Then I started liking this guy and we've been together for a year now (June 3) and we are suppose to be engaged. But fuck him

00113

because you are all that I want and need in my life. You mean more to me than the air I breathe!

I know that you have been with other girls but I just want to know why you want me back in your life again. Did you ever think about me while we were apart and while you were with those other girls? Did you honestly love me and care about me then? Do you now? You may still feel the same way about me but what exactly is how you feel? I wish we never were seperated either, but that had been your choice at that time. You could have at least called me or something.

All I can say is that my heart beats only for you and my love (to you) will never die + will always stay true. I have waited this long so I'm sure I can wait another 10 yrs to touch you and for you to touch me. I can feel your gentle touch in my dreams when I think about us making love at Katheryn's house that day on her bed. I mean I didn't love you because you would touch me in a way that made me go crazy; but because you were always there for me whether you were high or drunk or strait. I loved you for who you were and what you had helped me become, which was a lot at that time. What I want is you and that is exactly what I want in my heart. And I don't beakly

00114

if we can just talk through a phone through a glass window. I mean that is way better than nothing at all. Now isn't it? Baby, I promise I'll come see you (and save you if I can) as soon as I possibly can; even if it kills me trying. I also promise to love you no matter what and be here for you for life! And that I can guarantee.

The staff in my cottage said that they do accept collect calls here, but the bad thing is that I have to get it okayed to talk to you through Mr. Holliday with DHR. But until then why don't you give me the number and I'll call you, because I can be very damn sneaky about things. Oh yeah, I forgot to tell you (I think), my mom + dad found out that you + I fucked (made love) on our couch at the house. I just laughed at them! I told them if they had a problem with it oh well, and they should keep their damn noses out of my motherfucking business. So then they shut up about all of it.

I want to make love to you so bad right now, but I mainly just want to hear your voice. And if you call me collect just say that you are Tim and I should be able to talk to you. The main things I miss about you is the way you held me,

about), just the way you love me that's all. You loved me like no one ever has before. But I will tell you this I am going to pray for you and it would not kill you if you did it yourself. I mean you should have enough time since you are all locked up (Ha Ha), and everything. It wouldn't even take that long to ask him to forgive you; you really have to mean it. I also want to know;

## Would you marry me?

And baby would you please stay out of trouble for me and if that's not enough (if you don't love me that much), then do it for your little "sis". Right now I'm in my bed just wishing and wanting to feel you all up inside of me and, well you know where I'm going with this (don't you?). I. I really liked it when you would finger me. DAMN did that ever feel so good!!! Well baby I hate to have to do this to you but I need to get my white ass in the damn bed. I hope to hear something from you really soon. I'll talk to you later, dog. I again say that I promise I will love you with all of my heart (G.O.D + on everything)! I love you!!

                            Love always + 4 life,

P.S. Please write back!           Jennifer (AKA Angel)

→ son on back →

[symbolic/rune-like writing: "WIFE", "I ♥ U", "WIZ", "LIFE", "+ ETERNITY"]

(till death do us part)

And next time please don't send me anymore ₣₳€₩ stuff, okay? (I cussed off into shawties for that) I already know all I need to know since I am a GD but I soon will not be anything because I want to be your Queen. Could I be your Queen? I don't want to get fucked in because I don't want to fuck other people to. I only want to be with you!!!

Oh yeah, did you like that picture of me? Just wait until you see m___

[left margin sideways text:] is you send you a picture. Do you want one? Do you want it that much? I'm going to get a nanny so I can fuck everyone. No, I don't do anything to nobody but anything I have to give to you is free, especially my love.