# Exhibit "F"



# Sprayberry Polygraph Investigators

1220 Old Oak Circle • Birmingham, Al 36238 • Phone (205) 854-2451

May 15, 1998

James E. Roberts, Attorney at Law
PO Box 370004
Birmingham, Al 35237

Dear Sir:

On May 14, 1998, Mr. James W. Walker was administered a polygraph examination to determine if he has sexually molested his natural daughter, Jennifer Walker, age 17. Mr. Walker was apprised of his rights outlined under Alabama law concerning polygraph and signed a waiver agreeing to the test.

According to the indictment from Chilton County, Alabama Mr. Walker is alleged to have committed rape, sodomy, and oral sex on his daughter, Jennifer Walker, 17. These incidents were alleged to have occurred several years ago over a extended period of time.

During the pretest interview Mr. Walker denied sexually molesting Jennifer or any other child. He stated that Jennifer was a chronic liar and problem child that had to be disciplined often. She associated with undesirables and resented efforts by her parents to end some of those relationships. She allowed boys in the house during her parents absence and on one occasion Mr. Walker saw a boy run out the back door when he arrived home. He believes Jennifer made the allegations to prevent him from disciplining her. A younger sister reported Jennifer having sex with a boy while the parents were working.

The following questions were administered to Mr. Walker on the test to determine if he has sexually molested Jennifer.

1. Have you ever had sexual intercourse with Jennifer? Answer No
2. Have you ever had oral sex with Jennifer? Answer No
3. Have you ever sodomized Jennifer? Answer No
4. Have you ever sexually abused Jennifer in any way? Answer No



DEFENDANT'S EXHIBIT 4

MEMBER
American Polygraph Association
American Association Police Polygraphists
Alabama Association of Polygraph Examiners

00160

Page two: Polygraph test of James W. Walker May 15, 1998

The test was then administered several times and after evaluation it is my opinion Mr. Walker answered the questions truthfully.

Sincerely,

*Jesse Sprayberry*

Jesse E. Sprayberry
Forensic Polygraphist