# Exhibit

# "G"

## AFFIDAVIT OF JENNIFER RENEE WALKER

Before me the undersigned authority personally appeared Jennifer Renee Walker, who after being duly sworn, states as follows:

My name is Jennifer Renee Walker. I was the prosecuting witness in a case against my father, James W. Walker, Jr. My motivation at that time when I made a false accusation that my father sexually abused me was so that I could get out from under his supervision. I had friends who had been in DHR custody and they told me that DHR had really good foster homes and it was a good situation.

I told Tim Bowman, my counselor at Gateway, that I had made this false accusation against my father and that he did not sexually abuse me. I told my lawyer, Elizabeth Hilyer, in juvenile court that my accusation against my father was false. Ms. Hilyer told me it would be in my best interest to not change my story as they would lock me up if they found out that I had lied. Later I got angry with my mother and told Mr. Bowman that I wanted to take back my denial of my allegation against my father.

Prior to trial of my father's case I told Jennifer Jordan, the Assistant District Attorney that was prosecuting this case, that it was not true that my father sexually assaulted me. Jennifer Jordan told me that I could be locked up for perjury if I changed my story on the stand.

I have continued to believe that my father's case would be overturned by the appeals court. I have been informed by David Karn that my father's appeal has been denied.

I want this Court to know that I lied and my father did not sexually assault me at any time. Even though my father and I still don't get along, I do not wish to see him go to prison for a crime

which he did not commit.

I am giving this affidavit at the law office of William R. Hill, Jr in Clanton, Alabama and he has explained to me that this affidavit must be of my own free will and that no threats or promises have been made to me to get me to make this statement. I have read this affidavit and swear that it is true.

FURTHER DEPONENT SAITH NOT.

*Jennifer R Walker*
Jennifer Renee Walker, Affiant

State of Alabama
Chilton County

Personally appeared before me, a Notary Public in and for the State of Alabama at Large Jennifer Renee Walker, who after having read the above states that the foregoing is true and correct to the best of her knowledge

*Jennifer R Walker*
Jennifer Renee Walker, Affiant

Sworn to and subscribed before me on this the 10th day of September, 2001.

*Hilda Rigsby Brooks*
Notary Public

My Commission Expires: 2/19/02