FILED
2005 Mar-10 PM 02:52
U.S. DISTRICT COURT
N.D. OF ALABAMA

16176

# IN THE SUPREME COURT OF ALABAMA



August 31, 2001

## 1001575

Ex parte James Walker. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: James Walker v. State of Alabama) (Chilton Circuit Court Number: CC-97-239; Criminal Appeals Number: CR-99-1730)

### CERTIFICATE OF JUDGMENT

### Writ Denied

The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied. NO OPINION.

WOODALL, J. - Moore, C.J., and Houston, Lyons, and Stuart, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 31st day of August, 2001

Clerk, Supreme Court of Alabama

/vm

