# COURT OF CRIMINAL APPEALS
## STATE OF ALABAMA
JUDICIAL BUILDING, 300 DEXTER AVENUE
P.O. BOX 301555
MONTGOMERY, AL 36130-1555

FILED
2005 Mar-10 PM 02:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

H. W. "Bucky" McMILLAN
Presiding Judge
SUE BELL COBB
PAMELA W. BASCHAB
GREG SHAW
A. KELLI WISE
Judges

Lane W. Mann
Clerk
Wanda K. Ivey
Assistant Clerk
(334) 242-4590
FAX (334) 242-4689

Hon. Mike Smith, Circuit Clerk
Hon. Joseph G. L. Marston, III, Asst. Atty. Gen.
Hon. William R. Hill, Jr., Attorney

RE: CR-01-2524
James Wilbert Walker, Jr. v. State of Alabama (Appeal from Chilton Circuit Court: CC97-239.60).

Dear Sir or Madam:

You are hereby notified that on April 18th, 2003 the following action was taken in the above referenced cause by the Court of Criminal Appeals:

Application for rehearing overruled.

Lane W. Mann
Clerk
Court of Criminal Appeals

LWM/ lk

NOTE: If you are filing a petition for certiorari with the Alabama Supreme Court, Rule 39(e), Alabama Rules of Appellate Procedure, states that a copy of the petition shall be filed with this Court. Please be advised that your failure to comply with this requirement could result in the issuance of a premature Certificate of Judgment.



EXHIBIT L