FILED

2005 Mar-10 PM 02:55
U.S. DISTRICT COURT
N D OF ALABAMA

*Butler*
*45116*

# IN THE SUPREME COURT OF ALABAMA



August 15, 2003

**1021248**

Ex parte James Wilbert Walker.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: James Wilbert Walker v. State of Alabama)   (Chilton Circuit Court: CC97-239.60; Criminal Appeals : CR-01-2524).

## ORDER

IT IS ORDERED that the petition for writ of mandamus in this cause is denied.

**Writ Denied - No Opinion**

MOORE, C.J. - Houston, Lyons, Johnstone, and Woodall, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 15th day of August, 2003

*[signature]*

Clerk, Supreme Court of Alabama

**EXHIBIT**

N

/tr