IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR. ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 05-BE-0150-S |
| ) | |
| BILLY MITCHEM, Warden; ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| RESPONDENTS. ) | |

## SUBMISSION OF EXHIBITS

Come now the Respondents, by and through the Attorney General of Alabama, to submit the following exhibits in support of their Answer filed on February 22, 2005.

A.  Copy of the record on Walker's direct appeal. CC-97-239; CR-99-1730.

B.  Copy of the State's brief in response to Walker's direct appeal, dated December 20, 2000. CC-97-239; CR-99-1730.

C.  Copy of the Alabama Court of Criminal Appeals memorandum opinion affirmed Walker's convictions, dated April 20, 2001. CC-97-239; CR-99-1730.

D.  Copy of the Alabama Supreme Court's order denying Walker's petition for writ of certiorari, dated August 31, 2001. CC-97-239; CR-99-1730.

E. Copy of the certificate of judgment issued by the Alabama Court of Criminal Appeals, dated August 31, 2001. CC-97-239; CR-99-1730.

F. Copy of the record of Walker's Rule 32 petition. CC-97-239; CR-01-2524.

G. Copy of Walker's brief on appeal of the trial court's dismissal of his Rule 32 postconviction petition. CC-97-239; CR-01-2524.

H. Copy of the State's brief in response to Walker's appeal, dated January 30, 2003. CC-97-239; CR-01-2524.

I. Copy of the Alabama Court of Criminal Appeals's memorandum opinion affirming the trial court's dismissal of Walker's petition, dated March 14, 2003. CC-97-239; CR-01-2524.

J. Copy of Walker's application for rehearing, dated March 28, 2003. CC-97-239; CR-01-2524.

K. Copy of Walker's motion to amend the finding of facts, dated March 28, 2003. CC-97-239; CR-01-2524.

L. Copy of the Alabama Court of Criminal Appeals order overruling Walker's application for rehearing, dated April 18, 2003. CC-97-239; CR-01-2524.

M. Copy of Walker's petition for writ of certiorari in the Alabama Supreme Court, dated April 30, 2003. CC-97-239; CR-01-2524; No. 1021248.

N. Copy of the Alabama Supreme Court's order denying Walker's petition for writ of certiorari, dated August 15, 2003. CC-97-239; CR-01-2524; No. 1021248.

O. Copy of the Alabama Supreme Court's order denying Walker's petition for writ of certiorari and taxing cost to Walker, dated August 15, 2003. CC-97-239; CR-01-2524; No. 1021248.

P.    Copy of the Alabama Court of Criminal Appeals's certificate of judgment, dated August 15, 2003. CC-97-239; CR-01-2524; No. 1021248.

        Respectfully submitted,

        s/Elizabeth Ray Butler (BUT031)
        Elizabeth Ray Butler (BUT031)
        Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of March 2005, I electronically filed the foregoing exhibits (excluding Exhibits A and F, being transcripts) with the Clerk of the Court using the CM/ECF system; all exhibits have also been photocopied and copied to disk (excluding transcripts) to be mailed to the Clerk; and I hereby certify that I have mailed by United States Postal Service the foregoing (including all exhibits) to the following non-CM/ECF participants: James Wilbert Walker, AIS #219913, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama, 35749.

                                     Respectfully submitted,

                                     s/Elizabeth Ray Butler (BUT031)
                                     Elizabeth Ray Butler (BUT031)
                                     Office of the Attorney General
                                     Alabama State House
                                     11 South Union
                                     Montgomery, AL  36130-0152
                                     Telephone: (334) 242-7300
                                     Fax: (334) 242-2848
                                     E-Mail: Ebutler@ago.state.al.us

#190891/76803-001