FILED
2005 Mar-14 PM 01:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE STATE OF ALABAMA— JUDICIAL DEPARTMENT
## THE COURT OF CRIMINAL APPEALS

Marston
16176

### CERTIFICATE OF JUDGMENT

**Criminal Appeals Case**     CR-99-1730

James Walker v. State of Alabama (Appeal from Chilton Circuit Court: CC97-239).

   Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 20th day of April, 2001, the judgment of the court below was affirmed.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
31st day of August, 2001

Clerk
Court of Criminal Appeals
State of Alabama

EXHIBIT E