# IN THE SUPREME COURT OF ALABAMA



August 15, 2003

**1021248**

Ex parte James Wilbert Walker. PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS (In re: James Wilbert Walker v. State of Alabama) (Chilton Circuit Court: CC97-239.60; Criminal Appeals : CR-01-2524).

## ORDER

IT IS ORDERED that the petition for writ of mandamus in this cause is denied.

**Writ Denied - No Opinion**

MOORE, C.J. - Houston, Lyons, Johnstone, and Woodall, JJ., concur.

I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.

Witness my hand this 15th day of August, 2003

Clerk, Supreme Court of Alabama

EXHIBIT
N

/tr