FILED
2005 Mar-14 PM 01:22
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE SUPREME COURT OF ALABAMA



*Butler*
*HS 114*

August 15, 2003

**1021248**

Ex parte James Wilbert Walker.  PETITION FOR WRIT OF CERTIORARI TO THE COURT OF CRIMINAL APPEALS  (In re: James Wilbert Walker v. State of Alabama)   (Chilton Circuit Court: CC97-239.60; Criminal Appeals : CR-01-2524).

## CERTIFICATE OF JUDGMENT

### Writ Denied

   The above cause having been duly submitted, IT IS CONSIDERED AND ORDERED that the petition for writ of certiorari is denied.
COST TAXED TO PETITIONER.

**Writ Denied - No Opinion**
   MOORE, C.J. - Houston, Lyons, Johnstone, and Woodall, JJ., concur.



I Robert G. Esdale, Sr., as Clerk of the Supreme Court of Alabama, do hereby certify that the foregoing is a full, true and correct copy of the instrument(s) herewith set out as same appear(s) of record in said Court.
Witness my hand this 15th day of August, 2003

Clerk, Supreme Court of Alabama



EXHIBIT
O

/tr