FILED
2005 Mar-14 PM 01:23
U.S. DISTRICT COURT
N.D. OF ALABAMA

# THE STATE OF ALABAMA — JUDICIAL DEPARTMENT
## THE COURT OF CRIMINAL APPEALS

### CERTIFICATE OF JUDGMENT

45116
Butler

**Criminal Appeals Case**     CR-01-2524

James Wilbert Walker, Jr. v. State of Alabama (Appeal from Chilton Circuit Court: CC97-239.60).

Whereas, the appeal in the above cause having been duly submitted and considered, it is now hereby certified that on the 14th day of March, 2003, the judgment of the court below was affirmed.

Upon this affirmance, it is further ordered and adjudged that the $100.00 docket fee prescribed in Rule 35(b) of the Alabama Rules of Appellate Procedure, along with the cost accruing in the Court below, are hereby taxed as costs against the appellant for which execution may issue.

Witness, Lane W. Mann, Clerk,
Court of Criminal Appeals, this
15th day of August, 2003

Clerk
Court of Criminal Appeals
State of Alabama



EXHIBIT
P