IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., ) | |
| ) | |
| Petitioner ) | |
| ) | |
| v. ) | |
| ) | Case No.  2:05-cv-00150-KOB-HGD |
| BILLY MITCHEM, WARDEN, and ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents ) | |

**O R D E R**

Petitioner has filed a Motion to Set Aside Period of Limitation Due to Fundamental Miscarriage of Justice and Actual Innocence [Doc. #7]. Respondents shall file a response to the motion within twenty (20) days from the date of entry of this order. Petitioner shall file any reply within ten (10) days thereafter.

DONE and ORDERED this 15th day of March, 2005.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE