FILED
2005 Oct-07 PM 02:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., | ) |
| | ) |
| Petitioner | ) |
| | ) |
| v. | ) |
| | ) Case No. 2:05-cv-00150-KOB-HGD |
| BILLY MITCHEM, WARDEN, and | ) |
| THE ATTORNEY GENERAL OF | ) |
| THE STATE OF ALABAMA, | ) |
| | ) |
| Respondents | ) |

**O R D E R**

Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, challenging the validity of a 2001 conviction in the Circuit Court of Chilton County, Alabama. The court takes judicial notice of the fact that Chilton County is located within the jurisdiction of the United States District Court for the Middle District of Alabama. *See* 28 U.S.C. § 81(b)(1). Accordingly, it is ORDERED that this action is due to be and hereby is TRANSFERRED to the United States District Court for the Middle District of Alabama for all further proceedings.

DONE and ORDERED this 6th day of October, 2005.

HARWELL G. DAVIS, III
UNITED STATES MAGISTRATE JUDGE