## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Perry Mathis
Clerk

Sharon Harris
Chief Deputy Clerk

October 27, 2005

Clerk, U.S. District Court
Middle District of Alabama
Frank M. Johnson, Jr. Federal Bldg. & US Courthouse
15 Lee St.
P.O. Box 711
Montgomery, AL 36101-0711

Case Number: 2:05-cv-150-KOB-HGD
James Wilbert Walker, Jr. v. Billy Mitchem, et al.

Dear Clerk:

In accordance with the order of this court entered this date, the above-entitled civil action is transferred to your court for further litigation. Enclosed is a certified copy of the order of transfer, a certified copy of the docket entries, and the original electronic record on file, which is saved in pdf format on the attached diskette. Please acknowledge receipt on the attached copy of this letter.

Sincerely,

PERRY D. MATHIS, CLERK


By: s/Kecia Lightner
Deputy Clerk

PDM:kll

Enclosures

xc:    Counsel