IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1051-T |
| ) | |
| BILLY MITCHEM, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER**

Upon review of the pleadings filed in this case, and for good cause, it is

ORDERED that the order entered on March 15, 2005 setting this case for submission on the respondents' motion for summary judgment (Court Doc. No. 8) be and is hereby VACATED. **The parties are hereby advised that no motion for summary judgment, motion to dismiss or any other dispositive motion addressed to the petition may be filed by any party without permission of the court**. If any pleading denominated as a motion for summary judgment, motion to dismiss or other dispositive motion is sent to the court, the court shall not file or otherwise treat the pleading as a dispositive motion until and unless further order of the court.

DONE, this 14th day of November, 2005.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE