IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:05-CV-1051-T |
| | ) |
| BILLY MITCHEM, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon consideration of the motion to clarify filed by the petitioner on January 18, 2006 (Court Doc. No. 19), and for good cause, it is

ORDERED that this motion be and is hereby GRANTED. The petitioner is advised that:

1. The references to convictions other than second degree rape and second degree sodomy in the order entered on November 30, 2005 are merely typographical errors.

2. The calculation of the limitation period contained in the November 30, 2005 order is correct with respect to the second degree rape and second degree sodomy convictions challenged in the instant petition.

DONE, this 19th day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE