IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05-CV-1051-T |
| ) | |
| BILLY MITCHEM, *et al.*, ) | |
| ) | |
| Respondents. ) | |

**ORDER ON MOTION**

Upon consideration of the motion to stay proceedings pending clarification of the record filed by the petitioner on January 18, 2006 (Court Doc. No. 19), and in light of the orders entered herewith clarifying the order entered on November 30, 2005, it is

ORDERED that the motion to stay be and is hereby DENIED as moot.  It is further

ORDERED that the petitioner be GRANTED an extension from January 18, 2006 to and including February 1, 2006 to file a response to the order entered on November 30, 2005.

DONE, this 23rd day of January, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED  STATES  MAGISTRATE  JUDGE