IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:05-CV-1051-N |
| | ) |
| BILLY MITCHEM, *et al.*, | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

Upon review of the file in this case, and for good cause, it is

ORDERED that on or before March 10, 2008 the respondents shall file a copy of Exhibit F (Record of Walker's Rule 32 Petition) as referenced in their answer and submission of exhibits.

Done this 5th day of March, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE