IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., ) | |
| ) | |
| PETITIONER, ) | |
| ) | |
| VS. ) | CIVIL ACTION NO. |
| ) | 05-CV-1051-N |
| ) | |
| BILLY MITCHEM, Warden; ) | |
| THE ATTORNEY GENERAL OF ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| RESPONDENTS. ) | |

**RESPONSE TO COURT'S MARCH 5, 2008 ORDER**

Pursuant to this Court's March 5, 2008 order, the Respondents in the above-styled cause, by and through the Attorney General of the State of Alabama, respectfully submit Respondent's Exhibit F – a copy of Walker's Rule 32 transcript. A copy of Exhibit F is also being served on the Petitioner. Along with this response, the undersigned counsel is also filing her notice of appearance in this case.

Respectfully submitted,

/s/Tracy Daniel
Tracy Daniel

## CERTIFICATE OF SERVICE

I hereby certify that on this <u>11th</u> day of March, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: <u>James Wilbert Walker, Jr., AIS #219913, Limestone Correctional Facility, 28779 Nick Davis Road, Harvest, Alabama 35749.</u>

                                              Respectfully submitted,

                                              /s/Tracy Daniel
                                              Tracy Daniel

Office of the Attorney General
Alabama State House
11 South Union
Montgomery, AL 36130-0152
Telephone: (334) 242-7300
Fax: (334) 242-2848
E-Mail: TDaniel@ago.state.al.us

390598/76803-001