IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1051-MHT |
| ) | (WO) |
| BILLY MITCHEM, et al., ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

There being no objections filed to the recommendation of the magistrate judge filed on March 28, 2008 (doc. no. 26), and after an independent and de novo review of the record, said recommendation is adopted, and it is the ORDER, JUDGMENT, and DECREE of the court that the petition for writ of habeas corpus is denied because petitioner failed to file the petition within the one-year period of limitation set forth in 28 U.S.C. § 2244(d)(1).

It is further ORDERED that costs are taxed against the petitioner, for which execution may issue.

DONE, this the 22nd day of April, 2008.

                                            /s Myron H. Thompson
                                  UNITED STATES DISTRICT JUDGE