IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES WILBERT WALKER, JR., ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:05cv1051-MHT |
| ) | (WO) |
| BILLY MITCHEM, et al., ) | |
| ) | |
| Respondents. ) | |

# **FINAL JUDGMENT**

In accordance with the prior proceedings and orders of the court, it is ORDERED and ADJUDGED that the petition for writ of habeas corpus is denied.

The clerk of court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE, this the 22nd day of April, 2008.

　　　　　　　　　　　　　　　　　　　/s Myron H. Thompson　　
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE